Gary Laverne LYNCH, Petitioner–Appellant,

v.

**UNITED STATES of America, Respondent–Appellee.**

No. 14–7550.

United States Court of Appeals, Fourth Circuit.

Decided: March 16, 2015.

Submitted: March 17, 2015.

Gary Laverne Lynch, Appellant Pro Se.

Before GREGORY, DIAZ, and HARRIS, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gary Laverne Lynch appeals the district court's order dismissing his complaint seeking to file a "permissive counterclaim."

We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. *Lynch v. United States,* No. 5:14–hc–02013–D (E.D.N.C. Oct. 2, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*